UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT DAYTON, OHIO

| | | |
|---|---|---|
| IRON WORKERS DISTRICT COUNCIL OF SOUTHERN OHIO & VICINITY BENEFIT TRUST, ET AL., | : : : : | CASE NO. 3:09-cv-054 (JUDGE ROSE) (MAGISTRATE JUDGE OVINGTON) |
| PLAINTIFFS -vs- BLACK I, INC. DEFENDANT | : : : : : : : | **ENTRY OF DEFAULT JUDGMENT AGAINST BLACK I, INC.** |

In this action the Defendant, **BLACK I, INC.**, having been served with a copy of the summons and Complaint, has failed to plead or otherwise defend. The time for pleading or otherwise defending has expired and the default of the Defendant, **BLACK I, INC.**, has been duly entered according to law.

Upon application of the Plaintiffs, judgment is hereby entered against the Defendant Black I, Inc.

**Wherefore It Is Ordered, Adjudged and Decreed** that:

1. the Plaintiff, Iron Workers District Council of Southern Ohio & Vicinity Benefit Trust, shall have and recover against the Defendant, Black I, Inc., in the sum of **$2,223.57**, together with interest, computed pursuant to Title 28 U.S.C. §1961, and the costs of this action, and that the Plaintiff, Iron Workers District Council of Southern Ohio & Vicinity Benefit Trust have execution therefor;

2. the Plaintiff, Iron Workers District Council of Southern Ohio & Vicinity Pension Trust, shall have and recover against the Defendant, Black I, Inc., in the sum of **$2,668.27**, together with interest, computed pursuant to Title 28 U.S.C. §1961, and the costs of this action, and that the Plaintiff, Iron Workers District Council of Southern Ohio & Vicinity Pension Trust have execution therefor;

3. the Plaintiff, Iron Workers District Council of Southern Ohio & Vicinity Annuity Trust, shall have and recover against the Defendant, Black I, Inc., in the sum of **$1,115.61**, together with interest, computed pursuant to Title 28 U.S.C. §1961, and the costs of this action, and that the Plaintiff, Iron Workers District Council of Southern Ohio & Vicinity Annuity Trust have execution therefor;

For a total judgment in favor of the Plaintiffs and against the Defendant, Black I, Inc., in the amount of **$6,007.45**, together with interest, computed pursuant to Title 28 U.S.C. §1961, and the costs of this action.

                                                                                     s/Thomas M. Rose

                                                                                     Thomas M. Rose, Judge

                                                                                     UNITED STATES DISTRICT COURT